**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **COUNTY OF WALKER,** | : | **Case No:  1:19op45713** |
| | : | |
| **Plaintiff,** | : | **Judge:  Aaron Polster** |
| | : | |
| **v.** | : | |
| | : | |
| **OPTUMRX INC.,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

JEFFREY D. GEOPPINGER, an attorney with the law firm of Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, Ohio 45202, hereby serves notice of his appearance as counsel on behalf of Defendant Noven Pharmaceuticals, Inc., in the above-captioned matter.

Respectfully submitted,

/s/ Jeffrey D. Geoppinger
Jeffrey D. Geoppinger (Ohio Bar # 0073908)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jgeoppinger@ulmer.com

*Attorney for Defendant*
*Noven Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record registered with the Court's CM/ECF system.

*/s/ Jeffrey D. Geoppinger*